**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 23-7281**

TAMAR DEVELL HARVEY,

              Plaintiff - Appellant,

        v.

LAURA ELIZABETH MAUGHAN, Attorney; SANDRA DAY CONNOR, Grievance Head,

              Defendants - Appellees.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  James P. Jones, Senior District Judge.  (7:23-cv-00423-JPJ-PMS)

Submitted:  September 13, 2024                    Decided:  October 16, 2024

Before WYNN and HARRIS, Circuit Judges, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Tamar Devell Harvey, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tamar Devell Harvey appeals the district court's order and judgment dismissing his civil rights complaint pursuant to 28 U.S.C. § 1915A(b)(1).  We have reviewed the record and find no reversible error.  *See De'Lonta v. Johnson*, 708 F.3d 520, 524 (4th Cir. 2013) (stating standard of review).  Accordingly, we affirm the district court's order.  We grant Harvey's motion to exceed page limitations in his informal brief.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*